# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

130751 & (24) (30)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CITIBANK, NA,
         Plaintiff-Appellee,

v

                                   SC: 130751
                                   COA: 264952
                                   Oakland CC: 05-008295-AV
                                                  05-008321-AV
                                   48th DC:     05-008295-AV
                                                05-008321-AV

DUANE MONTGOMERY,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 3, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to consolidate and the motion for sanctions are DENIED.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

s0619